PROB 12C
(6/16)

Report Date:  February 25, 2026

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 25, 2026

SEAN F. McAVOY, CLERK

ECF No. 43

Name of Offender: Calvin Jace Moore    Case Number: 0980 1:23CR02057-SAB-1

Address of Offender: ███████████████    Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 3, 2024

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| Original Sentence: | Prison - 30 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| Defense Attorney: | Sandy D.  Baggett |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 13, 2025

Date Supervision Expires: November 12, 2028

---

### PETITIONING THE COURT

To issue a summons.

On November 17, 2025, the supervised release conditions were reviewed and signed by Mr. Moore acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Moore is alleged to have violated special condition number 6 by consuming a controlled substance, methamphetamine, on or about February 17, 2026.

On February 17, 2026, Mr. Moore reported to the probation office and provided a presumptive positive drug test for the presence of methamphetamine.  Mr. Moore was asked about the positive drug test and denied consuming any controlled substances.  The drug test was sent to Alere Toxicology Services (Alere) for confirmation.

On February 23, 2026, probation received a report from Alere showing positive results for the presence of methamphetamine.  After probation received the positive results, Mr. Moore was contacted and he admitted to using methamphetamine on or about February 17, 2026.

Prob12C
**Re: Moore, Calvin Jace**
**February 25, 2026**
**Page 2**

2          **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Moore is alleged to have violated special condition number 6 by consuming a controlled substance, methamphetamine, on or about February 21, 2026.

On February 24, 2026, Mr. Moore reported to the probation office and admitted to using methamphetamine on February 21, 2026.

3          **Special Condition # 5**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 test per months, in order to confirm continued abstinence from this substance.

**Supporting Evidence**:  Mr. Moore is alleged to have violated special condition number 5 by consuming alcohol on or about February 21, 2026.

On February 24, 2026, Mr. Moore reported to the probation office and admitted to drinking alcohol on February 21, 2026.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 25, 2026

s/Phil Casey

Phil Casey
Supervisory U.S. Probation Officer

Prob12C
**Re: Moore, Calvin Jace**
**February 25, 2026**
**Page 3**

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
☒    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
☒    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

2/25/2026
_____
Date