PROB 12C
(6/16)

Report Date: April 20, 2026

## United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

Apr 20, 2026

SEAN F. McAVOY, CLERK

ECF No. 57

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Calvin Jace Moore          Case Number: 0980 1:23CR02057-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓ Harrah, Washington 98951

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: September 3, 2024

Original Offense:     Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1), and 924(a)(8)

Original Sentence:    Prison - 30 months          Type of Supervision: Supervised Release
                      TSR - 36 months

Asst. U.S. Attorney:    Thomas J. Hanlon          Date Supervision Commenced: November 13, 2025

Defense Attorney:     Juliana M. Van Wingerden      Date Supervision Expires: November 12, 2028

---

## PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on February 25, 2026.

On November 17, 2025, the supervised release conditions were reviewed and signed by Mr. Moore acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Moore is alleged to have violated special condition number 6 by consuming a controlled substance, methamphetamine, on or about April 1, 2026.

On April 1, 2026, Mr. Moore reported to the probation office and provided a presumptive positive drug test for the presence of methamphetamine.  Mr. Moore was asked about the positive drug test and denied consuming any controlled substances.  The drug test was sent to Alere Toxicology Services (Alere) for confirmation.

On April 10, 2026, probation received a report from Alere showing positive results for the presence of methamphetamine.

Prob12C
**Re: Moore, Calvin Jace**
**April 20, 2026**
**Page 2**

**Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**:  Mr. Moore is alleged to have violated special condition number 6 by consuming a controlled substance, methamphetamine, on or about April 16, 2026.

On April 16, 2026, Mr. Moore was contacted in the community and during the contact Mr. Moore admitted to consuming methamphetamine "a few days ago".

**Standard Condition  #2:** After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**:  Mr. Moore is alleged to have violated standard condition number 2 by failing to report to the probation office as directed on April 17, 2026.

On April 16, 2026, Mr. Moore was directed to report to the probation office at 1 p.m. on April 17, 2026, to provide a drug test and to discuss the possibility of him going to inpatient treatment. Mr. Moore understood the reporting instructions and made a commitment to report as directed.

Mr. Moore failed to report on April 17, 2026, as directed.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violations in the petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 20, 2026

s/Phil Casey

Phil Casey
Supervisory U.S. Probation Officer

Prob12C
**Re: Moore, Calvin Jace**
**April 20, 2026**
**Page 3**

THE COURT ORDERS

[  ]    No Action
☒    The Issuance of a Warrant
[  ]    The Issuance of a Summons
☒    The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[  ]    Defendant to appear before the Judge assigned to the
      case.
☒    Defendant to appear before the Magistrate Judge.
[  ]    Other


_____
   Signature of Judicial Officer

4/20/2026
_____
  Date